# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v.  § | |
| § | **Criminal No. 1:19-cr-10041-JDB** |
| **BRITNEY PETWAY, and** § | |
| **CHRALES ALSTON,** § | |
| § | |
| **Defendants.** § | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its undersigned counsel, hereby files this Notice of Attorney Appearance, designating Jason Ross Knutson, Trial Attorney, United States Department of Justice, Criminal Division, Fraud Section, an attorney for the United States in this matter.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY

By:      /s/ Jason Ross Knutson
         Jason Ross Knutson
         Trial Attorney
         United States Department of Justice
         Criminal Division, Fraud Section
         1400 New York Ave. NW
         Washington, DC 20005
         (202) 679-1883
         Jason.knutson@usdoj.gov