IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. **1:19-cr-10041-JDB** |
| | ) |
| BRITNEY PETWAY and, | ) |
| CHARLES ALSTON, | ) |
| | ) |
| Defendants. | ) |

**UNITED STATES' MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE**

**COMES NOW,** the United States of America, by and through D. Michael Dunavant, United States Attorney, and James W. Powell, Assistant United States Attorney for the Western District of Tennessee, and pursuant to F.R.A.P. 26, moves this Honorable Court for an extension of time to file its response and for cause states as follows:

Government counsel James W. Powell has been out of the district for the past ten (10) days and was unaware of the sealed Order to Show Cause filed by this Court. A colleague is filing this motion on my behalf. Counsel for the government requests an additional five (5) days to respond to the motion by defendant Britney Petway.

Based on the above, the Government would ask for an extension of five (5) days in which to prepare its response.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY

By: s/ James W. Powell_____
JAMES W. POWELL (BPR #9614)
Assistant U.S. Attorney
109 South Highland Avenue
Suite 300
Jackson, Tennessee  38301
(731)  422-6220

## CERTIFICATE OF SERVICE

I, James W. Powell, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing motion for extension has been sent via electronic mail to all counsel of record this the 17th day of June, 2019.

By: s/ James W. Powell_____
JAMES W. POWELL (BPR #9614)
Assistant U.S. Attorney
109 South Highland Avenue
Suite 300
Jackson, Tennessee  38301
(731)  422-6220