IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT JACKSON

_____

UNITED STATES OF AMERICA

v.                                                                  Case # 1:19cr10041 JDB

BRITNEY PETWAY

_____

**MOTION TO AMEND CONDITIONS OF RELEASE**
_____

Comes now Defendant, Britney Petway, by and through her attorney, Leslie I. Ballin, who files this Motion to amend the conditions of release set by this court and in support would show as follows:

That Defendant would request that this Court remove the travel restriction that prohibits Defendant from travel outside the Western District of Tennessee;

That Defendant has a need to travel throughout the State of Tennessee and the State of Mississippi for work purposes and to explore new work opportunities.

That Defendant has job interviews lined up in both Nashville and in Southaven, should this Motion be granted.

That Counsel has consulted with AUSA Jillian Willis and she objects to this request.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Conditions of her Release be amended to remove her travel restrictions to allow her to travel throughout the State of Tennessee and the State of Mississippi for the reasons set out herein above.

Respectfully Submitted,

/s/ Leslie I. Ballin, Esq.
BALLIN, BALLIN & FISHMAN, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN  38103
(901) 525-6278
Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served upon the Honorable J. Daniel Breen, Assistant United States Attorneys and all other interested parties via e-mail, via United States mail, first class postage prepaid, or via hand delivery, this the 13th day of August, 2019.

                                          /s/ Leslie I. Ballin, Esq.