IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                    No. 1:19-cr-10041-JDB-1

BRITNEY PETWAY AND
CHARLES ALSTON,

    Defendants.

_____

ORDER GRANTING DEFENDANT BRITNEY PETWAY'S MOTION TO JOIN CO-
DEFENDANT'S MOTION
_____

    Before the Court is the August 29, 2019, motion of Defendant, Britney Petway, to join in the August 20, 2019, motion to disclose known co-conspirators filed by her co-defendant, Charles Alston. (Docket Entry 91.)

    The Defendant's motion to join is GRANTED.

    IT IS SO ORDERED this 4th day of September 2019.

                                                          s/ J. DANIEL BREEN
                                                          UNITED STATES DISTRICT JUDGE