IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                             No. 1:19-cr-10041-JDB-1

BRITNEY PETWAY and
CHARLES ALSTON,

    Defendants.

___

ORDER DIRECTING DEFENDANT BRITNEY PETWAY TO SUBMIT A CERTIFICATE
OF CONSULTATION
___

Pending on the Court's docket are four motions filed by Defendant, Britney Petway, to join in the motions filed by her co-defendant, Charles Alston. (Docket Entries 95–97, 101.) Local Criminal Rule 12.1 provides that "[a]ll non-substantive motions, including discovery motions, *shall* include a certificate of counsel affirming that, *after consultation between the parties . . .* , they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion." LCrR 12.1(a) (emphasis added). Petway did not attach a certificate of consultation to any of her motions to join, which constitutes "good grounds for denying the motion." *Id.* Accordingly, Defendant is hereby DIRECTED to consult with the Government regarding the pending motions and file a certificate of consultation within five days from the entry of this order.

IT IS SO ORDERED this 9th day of September 2019.

                                                                 s/ J. DANIEL BREEN
                                                             UNITED STATES DISTRICT JUDGE