IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                   No. 1:19-cr-10041-JDB-1

BRITNEY PETWAY and
CHARLES ALSTON,

     Defendants.

_____

ORDER GRANTING DEFENDANT BRITNEY PETWAY'S UNOPPOSED MOTIONS TO
JOIN CO-DEFENDANT'S MOTIONS

_____

Before the Court are the September 3, 2019, and September 6, 2019, motions of Defendant, Britney Petway, to join in four motions filed by her co-defendant, Charles Alston.  (Docket Entries "D.E." 95, 96, 97, 101.)  On August 30, 2019, Alston filed three motions—one to exclude the term "pain management clinic" in the indictment or at trial, (D.E. 92), another to strike surplusage from paragraph 25(i) of the indictment, (D.E. 93), and a third for a bill of particulars, (D.E. 94).  On September 5, 2019, Co-Defendant Alston filed a motion requesting the disclosure of "which patient files were provided to government expert witness(es)."  (D.E. 100.)

The Government does not object to Petway joining in her co-defendant's motions, although it does object to the contents of Alston's motions.  (D.E. 103.)  The Court finds Defendant's unopposed motions well-taken.  Petway's motions to join are therefore GRANTED.

IT IS SO ORDERED this 11th day of September 2019.

                                    s/ J. DANIEL BREEN
                                    UNITED STATES DISTRICT JUDGE