

**U.S. Department of Justice**

Criminal Division

---

September 16, 2019

| | |
|---|---|
| **Leslie I. Ballin** | **Manubir S. Arora** |
| Ballin Ballin Ballin & Fishman | Arora & Lascala |
| 200 Jefferson Ave., Ste. 1250 | 75 West Wieuca Road NE |
| Memphis, TN 38103 | Atlanta, GA 30342 |
| (901) 525 – 6278 | (404) 881 - 8866 |
| lballin@bbfpc.com | manny@mannyarora.com |

     **RE:**   *United States v. Petway, et al.*
             CR. No. 19-cr-10041-JDB

Dear Counsel:

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703, and 705, the United States hereby provides notice that it may call Dr. Carl Christensen and Dr. John R. Schneider, in its case in chief.

You have previously received in discovery Dr. Christensen's February 10, 2019, file review and related documentation. The government anticipates that Dr. Christensen will testify regarding professional practice and the contents of his review.

The government anticipates that Dr. John R. Schneider, Medical Director and President of Comprehensive Pain & Neurology Center, PLLC, in Murfreesboro, Tennessee, will testify regarding medical standards for treating patients with opioids in Tennessee. If Dr. Schneider testifies at trial, he may testify regarding the facts set forth in Paragraphs 3 through 14 of the indictment, including the CDC guidelines, FDA warnings, and guidance provided to medical professionals in Tennessee.

                                                   Respectfully,

                                                   s/Jillian Willis
                                                   Jillian Willis
                                                   Trial Attorney
                                                   U.S. Department of Justice
                                                   Criminal Division, Fraud Section