# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Case No:  **19-cr-10041-JDB** |
| ) | |
| BRITNEY PETWAY, N.P., and    ) | |
| CHARLES ALSTON, M.D.,    ) | |
| ) | |
| Defendant.    ) | |

## NOTICE OF APPEARANCE AS COUNSEL

COMES NOW the undersigned counsel, to file this as formal Notice of Appearance as Counsel on behalf of the United States of America in this cause, and to request copies of notices and settings hereafter with respect to any matter that may be pending.

This 20th day of September, 2019.

                                                Respectfully submitted,

                                                D. MICHAEL DUNAVANT
                                                UNITED STATES ATTORNEY

                            By:    /s/  Ann Langley
                                          ANN LANGLEY
                                          Trial Attorney
                                          167 N. Main Street, Suite 800
                                          Memphis, Tennessee 38103
                                          (901) 544-4231

## CERTIFICATE OF SERVICE

I, Ann Langley, Trial Attorney, hereby certify that a copy of the foregoing **NOTICE** has been sent via the Court's electronic filing system.

This 20th day of September, 2019.

                By:    /s/  Ann Langley
                        ANN LANGLEY
                        Assistant United States Attorney
                        167 N. Main Street, Suite 800
                        Memphis, Tennessee 38103
                        (901) 544-4231