IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

_____

**UNITED STATES OF AMERICA**

v.                                                           1:19cr10041 JDB

**BRITNEY PETWAY**
_____

### MOTION TO JOIN IN WITH CO-DEFENDANT, CHARLES ALSTON'S MOTION TO EXCLUDE GOVERNMENT EXPERTS SCHNEIDER AND CHRISTENSEN
_____

Comes now the Defendant, Britney Petway, by and through his attorney of record, Leslie I. Ballin, who would move this Honorable Court to to allow him to join in with co-defendant, Charles Alston's Motion to Exclude Government Experts Schneider and Christensen.

That Counsel does not intend to file any additional briefs or present any argument in support of the relief requested.

That Defendant Petway adopts any and all filings by co-defendant, Charles Alston, as to the Motion to Exclude Government Experts Schneider and Christensen.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that she be allowed to join in with co-defendant Charles Alston's Motion to Exclude Government Experts Schneider and Christensen and, further, that the request be granted for the reasons set out by co-defendant, Charles Alston.

Respectfully Submitted,

/s/Leslie I. Ballin, Esq.
BALLIN, BALLIN & FISHMAN, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN  38103
(901) 525-6278
Attorney for Defendant

CERTIFICATE OF CONSULTATION

    I Leslie I. Ballin, Attorney for Defendant, Britney Petway, hereby certify that on I have, consulted with AUSA Jillian, and she has no objection to Defendant, Britney Petway, joining in with Co-Defendant's Charles Alston's Motion to Exclude Government Experts Schneider and Christensen, however, she does object to the contents of Co-Defendant Alston's Motion.

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been served upon all interested parties via electronic mail this the 25th day of September, 2019.

                                                      /s/Leslie I. Ballin, Esq.