IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Cr. No.: 1:19-cr-10041-JDB |
| ) | |
| vs. ) | 21 U.S.C. § 846 (a)(1), (b)(1)(C), (b)(2) |
| ) | 18 U.S.C. § 2 |
| BRITNEY PETWAY, N.P., and ) | |
| CHARLES ALSTON, M.D., ) | |
| ) | |
| Defendants. ) | |

# NOTICE OF PENALTIES

### COUNT ONE

**Conspiracy to Distribute and Dispense Controlled Substances**

**(21 U.S.C. § 846)**

[A term of imprisonment for not more than twenty years, a fine of up to $1,000,000, or both, and at least three years supervised release, and a mandatory special assessment of $100, see 18 U.S.C. § 3013(a).]

### COUNTS TWO-SIX

**Unlawfully Distributing and Dispensing Controlled Substances and**

**Aiding and Abetting**

**(21 U.S.C. § 841(a)(1)(C), (b)(1)(C); 18 U.S.C. § 2)**

[A term of imprisonment for not more than twenty years, a fine of up to $1,000,000, or both, and at least three years supervised release, and a mandatory special assessment of $100, see 18 U.S.C. § 3013(a).]