# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

_____

**UNITED STATES OF AMERICA**

v.                                                    1:19cr10041 JDB

**BRITNEY PETWAY**

_____

## MOTION TO JOIN CO-DEFENDANT CHARLES ALSTON'S MOTION TO STRIKE SURPLUS LANGUAGE FROM SUPERSEDING INDICTMENT

_____

Comes now the Defendant, Britney Petway, by and through his attorney of record, Leslie I. Ballin, who would move this Honorable Court to to allow her to join in with co-defendant, Charles Alston's Motion to Strike Surplus Language filed on November 25, 2019.

That Counsel does not intend to file any additional briefs or present any argument in support of the relief requested.

That Defendant Petway adopts any and all filings by co-defendant, Charles Alston, as to the Motion to Strike Surplus Language.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that she be allowed to join in with co-defendant Charles Alston's Motion to Strike Surplus language and, further, that the request be granted for the reasons set out by co-defendant, Charles Alston.

Respectfully Submitted,

/s/Leslie I. Ballin, Esq.
BALLIN, BALLIN & FISHMAN, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN  38103
(901) 525-6278
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and correct copy of the foregoing has been served upon all interested parties via electronic mail this the 2nd day of December, 2019.

                                                        <u>/s/Leslie I. Ballin, Esq.</u>