IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                             No. 1:19-cr-10041-JDB-1

BRITNEY PETWAY and
CHARLES ALSTON,

    Defendants.

___

ORDER GRANTING DEFENDANT BRITNEY PETWAY'S MOTION
TO JOIN CO-DEFENDANT'S MOTION
___

    Before the Court is the December 2, 2019, motion of Defendant, Britney Petway, to join in the November 25, 2019, motion to strike surplus language from the superseding indictment filed by her co-defendant, Charles Alston. (Docket Entry 127.)

    The Defendant's motion to join is GRANTED.

    IT IS SO ORDERED this 4th day of December 2019.

                                                             <u>s/ J. DANIEL BREEN</u>
                                                             UNITED STATES DISTRICT JUDGE