IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

UNITED STATES OF AMERICA

v.  No. 1:19-cr-10041-JDB

BRITNEY PETWAY,
Defendant.

## MOTION IN LIMINE

COMES NOW the Defendant, Britney Petway, by and through counsel, Leslie Ballin, and moves this Honorable Court for an order excluding any and all evidence submitted to the defense past the discovery deadline. To wit, this Court has previously ordered at proceedings dated November 21, 2019, that the government's deadline for discovery would be November 30, 2019. The government has provided supplementary records to defense counsel on or about December 5, 2019, and December 13, 2019, beyond the date of this discovery deadline.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that her Motion be GRANTED, and that materials provided to the defense after the discovery deadline be excluded from evidence.

Respectfully Submitted,

BALLIN, BALLIN & FISHMAN, PC

/s/ Leslie I. Ballin
200 Jefferson Ave., Suite 1250
Memphis, TN 381093
(901) 525-6278

Attorney for Defendant, Britney Petway

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and correct copy of the foregoing has been served upon all interested parties via electronic mail this the 19th day of December, 2019.

                                              /s/ Leslie I. Ballin