# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE AT JACKSON

___

**UNITED STATES OF AMERICA**

v.                                                                                    Case # 1:19cr10041 JDB

**BRITNEY PETWAY**

___

## MOTION FOR PERMISSION TO TRAVEL
___

COMES NOW the Defendant, Britney Petway, by and through counsel, Leslie I. Ballin, and moves this Honorable Court for permission to travel to Nashville, Tennessee on December 31, 2019 and return to Jackson, Tennessee on January 3, 2019.

1.    That AUSA Julian Willis has no objection to this request.

WHEREFORE, PREMISES CONSIDERED, Counsel for Defendant respectfully prays that she be allowed to travel to Nashville, Tennessee from December 31, 2019 and return to Jackson, Tennessee on January 3, 2020.

Respectfully Submitted,

/s/ Leslie I. Ballin, Esq.
BALLIN, BALLIN & FISHMAN, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN  38103
(901) 525-6278
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the Honorable J. Daniel Breen, Assistant United States Attorneys and all other interested parties via e-mail, via United States mail, first class postage prepaid, or via hand delivery, this the 31st day of December, 2019.

/s/ Leslie I. Ballin, Esq.