IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | CR. NO. 19-10041-01-JDB |
| BRITNEY PETWAY | * | |
| | * | |
| Defendant. | * | |

ORDER REGARDING MOTION IN LIMINE AS TO BRITNEY PETWAY

Pursuant to the Defendant, Britney Petway, entering a change of plea as to the Indictment on 1/3/2020, the Motion in Limine as to Britney Petway (D.E. 143) is moot.

IT IS SO ORDERED.

DATE: January 9, 2020

                                                        s/ J. DANIEL BREEN
                                                        UNITED STATES DISTRICT JUDGE