UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-cr-10041-JDB |
| | ) | |
| BRITNEY PETWAY and | ) | |
| CHARLES ALSTON, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its undersigned counsel, hereby files this

Notice of Attorney Appearance, designating Leslie Williams Fisher, Trial Attorney, United

States Department of Justice, Criminal Division, an attorney for the United States in this matter.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY

By:      /s/ Leslie Williams Fisher
         Leslie Williams Fisher
         Trial Attorney
         United States Department of Justice
         Criminal Division
         1400 New York Ave. NW
         Washington, D.C. 20005
         (202) 340-6067
         Leslie.Fisher2@usdoj.gov