UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | Criminal No. 1:19-cr-10041-JDB |
| ) | |
| BRITNEY PETWAY and ) | |
| CHARLES ALSTON, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its undersigned counsel, hereby files this Notice of Attorney Appearance, designating Sara E. Porter, Trial Attorney, United States Department of Justice, Criminal Division, an attorney for the United States in this matter.

Respectfully submitted,

JOSEPH C. MURPHY, JR.
ACTING UNITED STATES ATTORNEY

By:   /s/ Sara E. Porter
Sara E. Porter
Trial Attorney
United States Department of Justice
Criminal Division
1400 New York Ave. NW
Washington, D.C. 20005
(202) 257-6778
Sara.porter@usdoj.gov